GIRARDI | KEESE
THOMAS V. GIRARDI – BAR NO. 36603
AMY FISCH SOLOMON – BAR NO. 140333
AMANDA KENT- BAR NO. 258298
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211
Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

| | |
|---|---|
| LYNNETTE BLACKMAN, an individual, PAMELA AGUILAR, an individual, BETTY GIPE, an individual, EDITH ROBERTSON, an individual, LAURA VUJOVICH, an individual, ANNETTE CONSALVOS, an individual, and JOYCE FLYNN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>GYNECARE, INC. a California Corporation; ETHICON, INC. a New Jersey corporation, JOHNSON & JOHNSON, a New Jersey corporation, DOE MANUFACTURERS one through one hundred.<br><br>Defendants. | CASE NO. 3:10-cv-04741-JL<br><br>The Honorable James Larson<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE CONTINUANCE |

Having carefully considered Plaintiffs' Request for Case Management Conference Continuance, for the reason being that Plaintiffs' summons was not issued until December 29, 2010, therefore causing Plaintiffs to be unable to serve Defendants until that time, and being that the

-1-

summons and complaint is currently out for service, IT IS HEREBY ORDERED:

1. The case management conference is continued to March 30, 2011 at 10:30am

2. All dates and deadlines under the Federal Rules of Civil Procedure and Local Rules are continued accordingly.

DATED: January 12, 2011

_____
THE HONORABLE JAMES LARSON

-2-
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE CONTINUANCE