MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
NATHAN D. CARDOZO (SBN #259097)
nathan.cardozo@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:     (415) 591-7510

Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its
Division, ETHICON WOMEN'S HEALTH &
UROLOGY, and erroneously sued as GYNECARE,
INC.); and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LYNNETTE BLACKMAN, an individual, PAMELA AGUILAR, an individual, BETTY GIPE, an individual, EDITH ROBERTSON, an individual, LAURA VUJOVICH, an individual, ANNETTE CONSALVOS, an individual, and JOYCE FLYNN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GYNECARE, INC. a California Corporation; ETHICON, INC. a New Jersey corporation, JOHNSON & JOHNSON, a New Jersey corporation, DOE MANUFACTURERS one through one hundred,<br><br>Defendants. | Case No. 4:10-CV-04741-PJH<br><br>**DECLARATION OF LISBETH A. WARREN IN SUPPORT OF MOTION TO SEVER UNDER RULE 21 AND TRANSFER UNDER 28 U.S.C. § 1406(a) OR, IN THE ALTERNATIVE, 28 U.S.C. § 1404(a)**<br><br>Date:              April 6, 2011<br>Time:             9:00 a.m.<br>Courtroom:    3<br>Judge:            Hon. Phyllis J. Hamilton<br><br>Complaint Filed:   October 20, 2010<br>**Trial Date:**          Not set |

I, LISBETH A. WARREN, declare that:

1.  I am and have been an Assistant Secretary of Johnson & Johnson ("J&J"), a Defendant named in this lawsuit, since April 25, 2002.  I have also served in the  Office of the General Counsel since 1985, and am also currently an Assistant General Counsel of J&J.  I

1  have personal knowledge of all of the facts set forth in this Declaration based upon information
2  obtained from various sources, including my own personal knowledge and experience as an
3  Assistant Secretary, J&J's corporate records, documents maintained by J&J in the regular course
4  of business, and other information I obtained in the ordinary course of business.  I make this
5  declaration based on my own personal knowledge and reliable business records and other sources
6  of information as to the following facts and circumstances, and I could and would competently
7  testify to these matters if called as a witness.

8      2.    I am familiar with the corporate structure of J&J.  J&J is a company incorporated
9  under the laws of the State of New Jersey, with its principal place of business in New Brunswick,
10  New Jersey.

11      3.    I am also familiar with the corporate structure of Ethicon, Inc. ("Ethicon"), a
12  Defendant named in this lawsuit.  Ethicon is a company incorporated under the laws of the State
13  of New Jersey with its principal place of business in Somerville, New Jersey.  Ethicon is a
14  wholly-owned subsidiary of J&J and was at the time of the events and conduct identified in the
15  Complaint.

16      4.    Gynecare, Inc. ("Gynecare"), a Delaware company with operations in Menlo Park,
17  California, was acquired by J&J on November 19, 1997.  Gynecare merged out of existence and
18  into Ethicon on January 3, 2000, and began operating as the Gynecare division of Ethicon.  The
19  Gynecare division of Ethicon ceased all of its operations in Menlo Park, California, on June 15,
20  2001, when they were transferred to Somerville, New Jersey.

21      5.    Ethicon Women's Health & Urology, previously operating as the Gynecare
22  division of Ethicon, Inc., is an unincorporated division of Ethicon, with its administrative offices
23  in Somerville, New Jersey.  Ethicon Women's Health & Urology is the business unit responsible
24  for the manufacturing and marketing of Gynecare-brand mesh products in the United States.

25      6.    Among the Gynecare-brand mesh products manufactured and marketed by Ethicon
26  Women's Health & Urology are seven products which may match plaintiffs' description of the
27  products with which they were implanted:
28      (1) Prolift: Total;

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF LISBETH WARREN ISO
MOTION TO SEVER AND TRANSFER
SF01/ 733329.1

- 2 -

CASE NO. 4:10-CV-04741-PJH

1   (2) Prolift: Anterior;

2   (3) Prolift: Posterior;

3   (4) Gynemesh PS;

4   (5) TVT;

5   (6) TVT-O; and

6   (7) TVT-Secur.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration is executed in New Brunswick, New Jersey, on February 28, 2011.

_____
Lisbeth A. Warren

Jackson 6141457v1

DECLARATION OF LISBETH WARREN ISO MOTION TO SEVER AND TRANSFER
SF01/733329.1

- 3 -

CASE NO. 4:10-CV-04741-PJH

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO