1  MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
2  NATHAN D. CARDOZO (SBN #259097)
nathan.cardozo@dbr.com
3  DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its
7  Division, ETHICON WOMEN'S HEALTH &
UROLOGY, and erroneously sued as GYNECARE,
8  INC.); and JOHNSON & JOHNSON

9
UNITED STATES DISTRICT COURT
10
NORTHERN DISTRICT OF CALIFORNIA
11
OAKLAND DIVISION
12

13

14  LYNNETTE BLACKMAN, an individual,       Case No. 4:10-CV-04741-PJH
PAMELA AGUILAR, an individual,
BETTY GIPE, an individual, EDITH          **STIPULATION AND JOINT REQUEST**
15  ROBERTSON, an individual, LAURA        **FOR RELIEF FROM CASE**
VUJOVICH, an individual, ANNETTE          **MANAGEMENT SCHEDULE AND**
16  CONSALVOS, an individual, and JOYCE    **[PROPOSED] ORDER**
FLYNN, an individual,
17                                          Date:          April 7, 2011
                Plaintiffs,                Time:          2:00 p.m.
18                                          Courtroom:     3
        v.                                 Judge:         Hon. Phyllis J. Hamilton
19
GYNECARE, INC. a California                Complaint Filed:   October 20, 2010
20  Corporation; ETHICON, INC. a New       **Trial Date:       Not set**
Jersey corporation, JOHNSON &
21  JOHNSON, a New Jersey corporation,
DOE MANUFACTURERS one through
22  one hundred,

23                Defendants.

24

25        Pursuant to Local Rule 16-2(e) of the United States District Court of the Northern District

26  of California, the parties request a continuance of the Case Management Conference as follows:

27        1.    On February 4, 2011, the Court scheduled a Case Management Conference for

28  April 7, 2011.

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND REQUEST FOR RELIEF FROM
CASE MANAGEMENT SCHEDULE
SF01/ 743937.2

CASE NO. 4:10-CV-04741-PJH

1    2.      On March 1, 2011, Defendants moved to sever and transfer this action to each of

2  Plaintiffs' individual home districts.  If Defendants' motion is granted, none of the Plaintiffs'

3  claims will remain in this Court.  Defendants motion is scheduled to be heard on April 6, 2011.

4    3.      All parties have agreed to request that the pending motion to sever and transfer be

5  decided before the parties move forward with this lawsuit.

6      WHEREFORE Plaintiffs and Defendants, hereby stipulate by the undersigned counsel to

7  request that the Court continue the Case Management Conference currently set for April 7, 2011

8  for an additional 90 days or to a date convenient to the Court.

9  Dated: March 15, 2011                    DRINKER BIDDLE & REATH LLP

10

11                                         By:/s/ Michelle A. Childers
                                               Michelle A. Childers

12                                         Attorneys for Defendants
                                           ETHICON WOMEN'S HEALTH &
13                                         UROLOGY DIVISION OF ETHICON, INC.
                                           (erroneously sued as GYNECARE, INC.);
14                                         ETHICON, INC.; and JOHNSON &
                                           JOHNSON
15

16 Dated: March 15, 2011                    GIRARDI & KEESE

17

18                                         By:/s/ Amanda Kent
                                               Thomas V. Girardi
                                               Amy Fisch Solomon
19                                             Amanda Kent

20                                         Attorneys for Plaintiffs

21      The Case Management Conference scheduled for April 7, 2011 is hereby continued until

22  July 7, 2011.

23      PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated: 3/16/11                          BY THE COURT

26

27                                         Honorable Phyl[...]
                                           United States Dis[...]

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND REQUEST FOR RELIEF FROM
CASE MANAGEMENT SCHEDULE                      - 2 -                    CASE NO. 4:10-CV-04741-PJH
SF01/ 743937.2

IT IS SO ORDERED
Judge Phyllis J. Hamilton