1  MICHELLE A. CHILDERS (SBN #197064)
   michelle.childers@dbr.com
2  NATHAN D. CARDOZO (SBN #259097)
   nathan.cardozo@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendants
   ETHICON, INC. (on its own behalf and behalf of its
7  Division, ETHICON WOMEN'S HEALTH &
   UROLOGY, and erroneously sued as GYNECARE,
8  INC.); and JOHNSON & JOHNSON

9

                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       OAKLAND DIVISION
12

13
   LYNNETTE BLACKMAN, an individual,        Case No. 4:10-CV-04741-PJH
14 PAMELA AGUILAR, an individual,
   BETTY GIPE, an individual, EDITH         [PROPOSED] ORDER GRANTING
15 ROBERTSON, an individual, LAURA          DEFENDANTS' MOTION TO SEVER
   VUJOVICH, an individual, ANNETTE         UNDER RULE 21 AND TRANSFER
16 CONSALVOS, an individual, and JOYCE      UNDER 28 U.S.C. § 1406(a) OR, IN THE
   FLYNN, an individual,                    ALTERNATIVE, 28 U.S.C. § 1404(a)
17
                     Plaintiffs,            Date:            April 6, 2011
18                                          Time:            9:00 a.m.
           v.                               Courtroom:       3
19                                          Judge:           Hon. Phyllis J. Hamilton
   GYNECARE, INC. a California
20 Corporation; ETHICON, INC. a New         Complaint Filed:  October 20, 2010
   Jersey corporation, JOHNSON &            **Trial Date:      Not set**
21 JOHNSON, a New Jersey corporation,
   DOE MANUFACTURERS one through
22 one hundred,

23                   Defendants.

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO SEVER AND TRANSFER
SF01/ 733575.1                                              CASE NO. 4:10-CV-04741-PJH

~~On April 6, 2011, Defendants Ethicon, Inc. (on its own behalf and behalf of its division, Ethicon Women's Health & Urology erroneously sued as Gynecare, Inc.) and Johnson & Johnson's (collectively "Defendants") Motion To Sever Under Rule 21 and Transfer Under 28 U.S.C. § 1406(a) Or, In The Alternative, 28 U.S.C. § 1404(a) came for hearing before this Court. All parties were given notice and an opportunity to be heard, and each party was represented at the hearing by its counsel of record.~~  Having reviewed all of the papers and evidence filed in support of and in opposition to Defendants' Motion and for good cause shown:

**IT IS HEREBY ORDERED THAT** Defendants' Motion is **GRANTED**.

Rule 20(a) permits joinder only where plaintiffs assert claims "arising out of the same transaction, occurrence, or series of transactions or occurrences; and any question of law or fact common to all those persons will arise in the action."  Fed. R. Civ. P. 20(a).  Plaintiffs Lynette Blackman, Pamela Aguilar, Betty Gipe, Edith Robertson, Laura Vujovich, Annette Consalvos, and Joyce Flynn have been impermissibly joined and are therefore severed pursuant to Federal Rule of Civil Procedure, Rule 21.

Further, 28 U.S.C. § 1406(a) provides that a district court must dismiss or, if in the interests of justice, transfer a case laying venue in the wrong district.  28 U.S.C. § 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

Transfer of these severed plaintiffs is appropriate because: (1) venue is not proper in the Northern District of California and the plaintiffs could not have brought this action here; (2) venue is proper in each plaintiff's home district; (3) the plaintiffs reside in the districts listed below; (4) critical witnesses and documents are located in each plaintiff's home district; and (5) each plaintiff's home district is more likely to be familiar with the applicable substantive law of this action.

Plaintiff Lynette Blackman is **HEREBY SEVERED** and the resulting action is **HEREBY TRANSFERRED** to the United States District Court for the Northern District of Indiana .

Plaintiff Pamela Aguilar is **HEREBY SEVERED** and the resulting action is **HEREBY**

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO SEVER AND TRANSFER
SF01/ 733575.1

- 2 -

CASE NO. 4:10-CV-04741-PJH

1   **TRANSFERRED** to the United States District Court for the District of New Mexico.

2       Plaintiff Betty Gipe is **HEREBY SEVERED** and the resulting action is **HEREBY**

3   **TRANSFERRED** to the United States District Court for the Northern District of Indiana.

4       Plaintiff Edith Robertson is **HEREBY SEVERED** and the resulting action is **HEREBY**

5   **TRANSFERRED** to the United States District Court for the Western District of Missouri.

6       Plaintiff Laura Vujovich is **HEREBY SEVERED** and the resulting action is **HEREBY**

7   **TRANSFERRED** to the United States District Court for the Western District of Washington.

8       Plaintiff Annette Consalvos is **HEREBY SEVERED** and the resulting action is

9   **HEREBY TRANSFERRED** to the United States District Court for the District of Colorado.

10      Plaintiff Joyce Flynn is **HEREBY SEVERED** and the resulting action is **HEREBY**

11  **TRANSFERRED** to the United States District Court for the District of Maryland.

12      **IT IS SO ORDERED.**   THE APRIL 6, 2011 HEARING DATE IS VACATED.

13

14  Dated:  4/4/11                    BY THE COURT

15

16

17  Honorable Phyllis J. Hamilton
    United States District Judge

18

19                                   IT IS SO ORDERED

20

21                                   Judge Phyllis J. Hamilton

22

23

24

25

26

27

28

Drinker Biddle &
Reath LLP
Attorneys At Law
San Francisco

[Proposed] Order Granting Defendants'
Motion to Sever and Transfer            - 3 -            Case No. 4:10-CV-04741-PJH
SF01/ 733575.1